**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**MICHAEL COSSITT**                                                                                     **PLAINTIFF**

**v.**                                              **2:07CV00037-WRW**

**MBNA/BANK OF AMERICA,**
**NATIONAL ASSOCIATION,**
**SUCCESSOR IN INTEREST TO MBNA**                                                **DEFENDANT**

## ORDER

Pending is Defendant's Attorney's Motion for Admission *Pro Hac Vice* (Doc. No. 9), in which Defendant requests that Ms. Amy Pritchard Williams and Mr. Brian C. Fork be permitted to appear *pro hac vice*. The Motion provides that Mr. Gene Williams, a member in good standing of the Arkansas Bar, and of the Eastern District, will act as local counsel.

The Motion has been reviewed and the movant has complied with Local Rule 83.5, which governs special admissions. Defendant's Motion is GRANTED, and Ms. Williams and Mr. Fork will be permitted to appear and to participate in these proceedings as counsel for Defendant.

IT IS SO ORDERED this 9th day of August, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE